# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| In re:<br>MIRABILIS VENTURES, INC.<br><br>    Debtor,<br>_____/ | Case No. 6:08-bk-4327-KSJ |
| MIRABILIS VENTURES, INC.,<br><br>    Plaintiff,<br>v.<br><br>PETER H. COLLINS, ROBERT MOREYRA<br>AND HANS C. BEYER<br><br>    Defendants<br>_____/ | Adv. Case No. 6:10-ap-00141-KSJ |

## MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

COMES NOW Plaintiff, MIRABILIS VENTURES, INC., and hereby files this Motion to Extend Time to Respond to Motion for Summary Judgment pursuant to Rules 7056 and 9006(b), Federal Rules of Bankruptcy Procedure. In support of the Motion, Plaintiff states as follows:

1. On or about August 25, 2010, Defendant Hans Christian Byer's Motion for Final Summary Judgment (DE# 13, "Motion for Summary Judgment") was filed.

2. On August 26, 2010, the Court entered an Order Upon Filing Motion for Summary Judgment (DE# 14, "Order"). Pursuant to the Order, a response to the Motion for Summary Judgment is due no later than September 23, 2010.

3.      The parties are currently attempting to resolve this matter. To further those efforts, Plaintiff requests an extension of time until October 29, 2010 to file a response to the Motion for Summary Judgment

WHEREFORE, the Plaintiff requests that the Court (i) grant this Motion to Extend Time to Respond to Motion for Summary Judgment, (ii) provide Plaintiff an extension of time until October 29, 2010 to file a response to Defendant Hans Christian Byer's Motion for Final Summary Judgment, and (iii) grant such other relief as the Court deems necessary and appropriate.

Dated September 23, 2010.

**BROAD AND CASSEL**
Attorneys for Plaintiff, Mirabilis Ventures
390 North Orange Avenue, Suite 1400
Orlando, Florida  32801
PO Box 4961 (32802-4961)
Telephone:    (407) 839-4200
Facsimile:     (407) 650-0927

By: _____*/s/ Nicolette C. Vilmos*_____
        Nicolette C. Vilmos, Esquire
        Florida Bar No  0469051
        nvilmos@broadandcassel.com
        Todd K. Norman
        Florida Bar No.: 62154
        tnorman@broadandcassel.com