UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              Case No. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC,

                    Debtor,
_____/

MIRABILIS VENTURES, INC,                            ADV. CASE NO. 6:10-ap-00141-KSJ

                    Plaintiff,

v.

PETER H. COLLINS, ROBERT MOREYRA,
AND HANS C. BEYER

                    Defendants
_____/

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
OF DEFENDANTS COLLINS AND MOREYRA

        Plaintiff, **MIRABILIS VENTURES, INC.** ("Mirabilis" or "Debtor"), by and through its

undersigned counsel, hereby files its notice of voluntary dismissal with prejudice of parties Peter

H. Collins ("Mr. Collins") and Robert Moreyra ("Mr. Moreyra") in this adversary case.  This

notice is not a dismissal of Hans C. Beyer.  Mirabilis, Collins and Moreyra shall bear their own

respective attorneys' fees with respect to this adversary case.

        **RESPECTFULLY SUBMITTED** this 19th day of October, 2010.

                                        /s/  Nicolette Corso Vilmos, Esq.
                                        Nicolette Corso Vilmos, Esq.
                                        Florida Bar No. 0469051
                                        Broad and Cassel
                                        390 N. Orange Avenue
                                        Suite 1400
                                        Orlando, Florida 32801
                                        Attorneys for Mirabilis Ventures, Inc.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                    **Case No. 6:08-bk-04327-KSJ**

**MIRABILIS VENTURES, INC.,**

        **Debtor,**

_____/

**MIRABILIS VENTURES, INC.,**                **ADV. CASE NO. 6:10-ap-00141-KSJ**

        **Plaintiff,**

**v.**

**PETER H. COLLINS, ROBERT MOREYRA,**
**AND HANS C. BEYER**

        **Defendants**

_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the **DEBTOR'S NOTICE OF VOLUNARY DISMISSAL WITH PREJUDICE OF DEFENDANTS COLLINS AND MOREYRA** has been furnished by electronic and/or U.S. First class mail, postage prepaid, to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751-4771; **Nicolette Corso Vilmos, Esq.**, Broad and Cassel, 390 North Orange Avenue, Suite 1400, Orlando, FL 32801 Peter H. Collins, 850 Camino Gardens Boulevard, Suite 102, Boca Raton, Florida 33432; Robert Moreyra, 4001 Bayshore Boulevard, Tampa, Florida 33611-1704; **Michael A Tessitore**, **Esq**., The Tessitore Law Firm, PA, 612 E Colonial Drive, Suite 150, Orlando, FL 32803.

                                   /s/  Nicolette Corso Vilmos, Esq.
                                   Nicolette Corso Vilmos, Esq.