

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

10/20/2010 1:00 PM

COURTROOM Courtroom B, 5th Floor

HONORABLE KAREN JENNEMANN

| CASE NUMBER: | FILING DATE: |
|---|---|
| 6:08-bk-04327-KSJ | 5/21/2010 |

| ADVERSARY: 6:10-ap-00141-KSJ | **Pltf Atty:** Nicolette Vilmos |
|---|---|
| | **Dft Atty:** Michael Tessitore |

**DEBTOR:**      Mirabilis Ventures, Inc

**HEARING:**

MIRABILIS VENTURES, INC. -V- PETER COLLINS, ROBERT MOREYRA AND HANS BEYER

"PRETRIAL CONFERENCE"

Motion for Final Summary Judgment. Filed by Defendant Hans Beyer(Doc #13)

Motion to Extend Time to Respond to Motion for Final Summary Judgment. Filed by Plaintiff (Doc #19)

**APPEARANCES:**
Nicolette Vilmos: Pltf

**RULING:**

Motion for Final Summary Judgment. Filed by Defendant Hans Beyer (Doc #13) and

Motion to Extend Time to Respond to Motion for Final Summary Judgment. Filed by Plaintiff (Doc #19) - Pretrial Conference is con't to 02/10/11 at 10:00 a.m. (AOCNFNG)

Plaintiff has settled with Defendants Peter Collins and Robert Moreyra. Notice of Voluntary Dismissal as to Defendants Collins and Moreyra has been filed (Doc #22).